AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EVELYN HERRERA | CASE NUMBER: 08 CR 468-BTM |

I, EVELYN HERRERA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  21 Feb. 2008  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Evelyn Herrera
Defendant

_____ #233540
for Defense Counsel  Kerry L. Armstrong, Esq.

Before _____
Judicial Officer