PROB 12B
(04/05)

April 3, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions of Pretrial Release**
(Surety and Defense Attorney Consent is Attached)

**Name of Defendant:** Evelyn Herrera          **Dkt No.:** 07CR0468BTM-001

**Reg. No.:** 07121-298

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Date Conditions Were Ordered:** February 6, 2008

**Date Released on Bond:** February 12, 2008

**Charged Offense:** 8 USC § 3124 (Alien Smuggling)

**Next Court Hearing:** Sentencing on June 6, 2008, at 8:30 a.m.

**Defense Counsel**: Kerry Armstrong (Retained)

**Prior Violation History:** None.

**Conditions of Release:** a travel restriction to the State of California; report for supervision to Pretrial Services; not possess or use any narcotic drug or other controlled substance without a valid medical prescription; do not possess any dangerous weapon or explosive device; and be able to legally remain in the United States during pendency of the proceedings.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO ATTEND MENTAL HEALTH COUNSELING AT THE DIRECTION OF THE PRETRIAL SERVICES OFFICER.

PROB 12B

Name of Defendant: Evelyn Herrera                                            April 3, 2008
Docket No.: 07CR0468BTM-001                                                       Page 2

## CAUSE

During the defendant's pre-arraignment interview she was crying and stated she was very nervous. During the defendant's post release interview on February 21, 2008, she indicated she had no previous mental health problems and was not undergoing any psychiatric treatment. The defendant reported she is claustrophobic and she was very nervous and could not sleep while incarcerated. The defendant stated she would make an appointment to see her general practitioner if her problems persisted. On March 13, 2008, the defendant reported to our office after her plea hearing. The defendant stated she had been experiencing a lot of anxiety and stress over her case. On March 24, 2008, the undersigned spoke to the defendant during her weekly telephone call and she indicated she was feeling depressed and was having a lot of family problems. The defendant stated she was unable to get an appointment to see a mental health counselor through her insurance and asked if the undersigned could help her with mental health treatment. The undersigned indicated it would require modifying her conditions of release and the defendant stated she was not opposed to this.

The undersigned has contacted the defendant's attorney Kerry Armstrong and he indicated he does not oppose adding mental health as a condition of the defendant's release. The defendant's surety, her sister Carla Elizabeth Herrera, also does not oppose the modification. Mr. Armstrong and Ms. Herrera's signed declarations are attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: April 3, 2008**

Respectfully submitted:                          Reviewed and approved:

by *Tisha Garcia*                                *Charlene Delgado*
Tisha Garcia
United States Pretrial Servcies Officer          Supervising U.S. Pretrial Servcies Officer
(619) 557-2990

Attachments

PROB 12B

Name of Defendant: Evelyn Herrera                                April 3, 2008
Docket No.: 07CR0468BTM-001                                           Page 3

**THE COURT ORDERS:**

___✓___  The Modification of Conditions as Noted Above

_____  Other _____


_____                    __4-8-08__
The Honorable Barry Ted Moskowitz                             Date
U.S. District Judge

**The Law Offices of
Kerry L. Armstrong, APLC**
Ph. (619) 234.2300
Fx. (619) 234.0007

To the Honorable Judge Barry T. Moskowitz,

Re: *People v. Evelyn Herrera (#3:08-MJ-00336-RBB)*

Dear Judge Moskowitz,                                             March 27, 2008

    My name is attorney Kerry L. Armstrong and I represent Ms. Herrera in the above-referenced case. I am writing to you today in response to a conversation my law clerk had with Ms. Tisha Garcia, of Pre-Trial Services, wherein she requested that I provide you with the following declaration.

    I, Kerry L. Armstrong, do not oppose adding mental health counseling to the terms of Ms. Herrera's pre-trial release. Thank you.

Sincerely,

Kerry L. Armstrong

x/c: file

501 West Broadway, Suite 800
San Diego, CA  92101
www.KLAcriminaldefense.com

Phone (619) 234.2300
Fax (619) 234.0007
kerry@KLAcriminaldefense.com

March 27, 2008

I <u>Carla Herrera</u> do not oppose modifying Evelyn Herrera conditions of release to include Mental Health Counseling.

x _____  Carla Herrera