AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA   07/21-298
                                  4/12/1989

UNITED STATES OF AMERICA    08 JUL 11 AM 8:55
            V.                                          **WARRANT FOR ARREST**
                              CLERK, U.S. DISTRICT
Evelyn Herrera                SOUTHERN DISTRICT OF CALIFORNIA

                              BY: _____ DEPUTY
                                      CASE NUMBER:   08cr0468-001-BTM

To:    The United States Marshal
       and any Authorized United States Officer

       YOU ARE HEREBY COMMANDED to arrest           Evelyn Herrera
                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                ☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 7/10/08
ARRESTED BY DUSM's Medina & _____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

                                                                    RECEIVED
                                                                    08 JUL -8 PM 4:11
                                                                    U.S. MARSHAL
                                                                    SOUTHERN DISTRICT OF
                                                                    CALIFORNIA

In violation of Title        See Above        United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

V. TRUJILLO                                   July 8, 2008    San Diego, CA
Signature of Deputy                           Date and Location

Bail fixed at $         No Bail         by    The Honorable Barry Ted Moskowitz
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'D'          Medina              DUE 7/10